Philip C. Bourdette #47492
Miriam Bourdette #151980
BOURDETTE & PARTNERS
2924 West Main St.
Visalia, CA 93291
(559) 625 - 8425
FAX (559) 625 – 8491

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD BRAY, RANDALL BRAY, AARON MARTIN<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LEMOORE, OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, OFFICER JOHN PAUL HENDERSON, OFFICER JASON CODY, HENRY CAMPOS, ZEKE GARCIA, T.J. HENDERSON, ALBERT GUZMAN, "JORGE" (Last name unknown,) LEO BROWN, LANCE BROWN, TERRY OLIVEIRA, ADOLFO'S SILVER BUCKLE LOUNGE, ADOLFO MARTINEZ,<br><br>Defendants | Case #: 1:09-CV -00328 – AWI – SMS<br><br>**STIPULATION AND ORDER THEREON** |

Having read the Stipulation by attorneys for Plaintiffs and Defendants City of Lemoore, Officers Walters, Cheney, Higgins, Hale Cody and Officer John Paul Henderson and having considered their request for a continuance of the Scheduling Conference, the Court HEREBY ORDERS THAT:

1

Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

1. The Scheduling Conference currently set for May 14, 2009 at 9:00 AM in Courtroom 7 be and is continued to June 18, 2009 at **9:30 AM** in Courtroom 7.

2. The Joint Scheduling Conference Report is to be filed electronically and by e-mail in Word format to smsorders@caed.uscourts.gov on June 10, 2009.

3. Attorneys for the above named parties will meet and confer by May 27, 2009.

Dated: 4/27/2009           /s/ Sandra M. Snyder
                          US Magistrate Judge Sandra M. Snyder

PDF created with pdfFactory trial version www.pdffactory.com