MICHAEL R. JOHNSON, #237767
ROBIN M. HALL, #256520
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
311 North Douty Street
Hanford, CA 93230
(559) 584-6656
(559) 582-3106 (Facsimile)
johnson@griswoldlasalle.com; hall@griswoldlasalle,com

Attorneys for: Defendants,   ADOLFO'S SILVER BUCKLE LOUNGE, and ADOLFO MARTINEZ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| RICHARD BRAY, RANDALL BRAY, AARON MARTIN,<br><br>        Plaintiffs,<br><br>-v-<br><br>CITY OF LEMOORE, OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, OFFICER JOHN PAUL HENDERSON, OFFICER JASON CODY, HENRY CAMPOS, ZEKE CARCIA, T.J. HENDERSON, ALBERT GUZMAN, "JORGE" (Last name unknown,) LEO BROWN, LANCE BROWN, TERRY OLIVEIRA, ADOLFO'S SILVER BUCKLE LOUNGE, ADOLFO MARTINEZ,<br><br>        Defendants. | Civil Action No. 1:09-cv-00328-AWI-SMS<br><br>STIPULATION TO CONTINUE RULE 26 (f) SCHEDULING CONFERENCE |

For GOOD CAUSE, Plaintiffs and Defendants City of Lemoore and Officers Walters, Cheney, Higgins, Hale and Cody, Defendant John Paul Henderson and Defendants Adolfo Martinez and Adolfo's Silver Buckle Lounge request and stipulate that the Scheduling Conference set for June 18, 2009 be continued until July 9, 2009 at 9:00 AM.

This GOOD CAUSE includes, without limitation, that Defendants Adolfo Martinez and

1

Adolfo's Silver Buckle Lounge ("Adolfo's") did not retain counsel until May 11, 2009 and did not file an answer until May 19, 2009. Adolfo's expected to have insurance coverage but was ultimately denied coverage and was forced to retain private counsel. Adolfo's needs additional time to meet and confer with the parties and to prepare the Joint Scheduling Report.

The parties stipulate as follows:

(1) Last day to meet and confer is extended from May 27, 2009 to June 18, 2009;

(2) The date the parties file the Joint Scheduling Report pursuant to Rule 26 (f) is moved from June 10, 2009 to July 2, 2009;

(3) The Scheduling Conference is moved from June 18, 2009 until July 9, 2009 at 9:00 AM.

Dated this 2nd day of June, 2009.

BOURDETTE & PARTNERS

By /s/ Philip C. Bourdette
   PHILLIP C. BOURDETTE, #47492
   Attorneys for: Plaintiffs

NELSON & ROZIER

By /s/ Jeffery S. Nelson
   JEFFREY S. NELSON, #66970
   Attorneys for: Defendants, City of Lemoore and Officers Walters, Cheney, Higgins, Hale & Cody

BENNETT & SHARPE, INC.

By /s/ Heather Phillips
   HEATHER PHILLIPS, #258638
   Attorneys for: Defendant,
   John Paul Henderson

GRISWOLD, LASALLE, COBB,
   DOWD & GIN, L.L.P.

By /s/ Michael R. Johnson
   MICHAEL R. JOHNSON, #237767
   Attorneys for: Defendants, Adolfo Martinez and Adolfo's Silver Buckle Lounge

IT IS SO ORDERED:

(1) Last day to meet and confer is extended from May 27, 2009 to June 18, 2009;

(2) The date the parties file the Joint Scheduling Report pursuant to Rule 26 (a) (1) is moved from June 10, 2009 to July 2, 2009;

///

///


(3)     The Scheduling Conference is moved from June 18, 2009 until July 9, 2009 at 10:00 AM. (not 9:00am).



IT IS SO ORDERED.

**Dated:     June 9, 2009**                              **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE