```
Jeffery S. Nelson, #66970
NELSON & ROZIER
3924 West Caldwell Avenue, Suite A
Visalia, CA 93277
Telephone: (559) 713-0159
Facsimile: (559) 713-0166


Attorneys for Defendants, CITY OF LEMOORE,
OFFICER STEPHANIE WALTERS, OFFICER CHENEY,
OFFICER HIGGINS, OFFICER KEVIN HALE,
and OFFICER JASON CODY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| RICHARD BRAY, RANDALL BRAY, AARON MARTIN, | Case No. 1:09-CV-00328-AWI-SMS |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL OF OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, OFFICER JASON CODY AND OFFICER JOHN PAUL HENDERSON AND ORDER THEREON |
| CITY OF LEMOORE, OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, OFFICER JOHN PAUL HENDERSON, OFFICER JASON CODY, HENRY CAMPOS, ZEKE GARCIA, T.J. HENDERSON, ALBERT GUZMAN, "JORGE" (Last name unknown), LEO BROWN, LANCE BROWN, TERRY OLIVEIRA, ADOLFO'S SILVER BUCKLE LOUNGE, ADOLFO MARTINEZ, | |
| Defendants. | |

-1-

STIPULATION FOR DISMISSAL OF OFFICER STEPHANIE WALTERS,
OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE,
OFFICER JASON CODY AND OFFICER JOHN PAUL HENDERSON
AND ORDER THEREON

-o0o-

Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, and OFFICER JASON CODY AND OFFICER JOHN PAUL HENDERSON ONLY be dismissed with prejudice from this action, with the parties bearing their own costs and attorney's fees.

Defendants, HENRY CAMPOS, ZEKE GARCIA and ALBERT GUZMAN have been served with the summons and complaint but have not appeared in the action.  Defendants, T.J. HENDERSON, "JORGE" (Last name unknown), LEO BROWN, LANCE BROWN and TERRY OLIVEIRA were never served with the summons and complaint.

IT IS SO STIPULATED.

Dated: March 31, 2010        BOURDETTE & PARTNERS

                             By /s/ PHILIP C. BOURDETTE
                                Philip C. Bourdette, Attorneys for
                                plaintiffs, RICHARD BRAY, RANDALL
                                BRAY AND AARON MARTIN

Dated: March 23, 2010        NELSON & ROZIER

                             By /s/ JEFFERY S. NELSON
                                Jeffery S. Nelson, Attorneys for
                                defendants, OFFICER STEPHANIE
                                WALTERS, OFFICER CHENEY, OFFICER
                                HIGGINS, OFFICER KEVIN HALE, OFFICER
                                JASON CODY AND CITY OF LEMOORE

STIPULATION FOR DISMISSAL OF OFFICER STEPHANIE WALTERS,
OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE,
OFFICER JASON CODY AND OFFICER JOHN PAUL HENDERSON
AND ORDER THEREON

```
Dated: March 23, 2010          BENNETT & SHARP, INC.


                               By /s/ HEATHER N. PHILLIPS
                                  Heather N. Phillips, Attorneys for
                                  OFFICER JOHN PAUL HENDERSON

Dated: March 24, 2010          GRISWOLD, LaSALLE, COBB, DOWD & GIN,
                                  L.L.P


                               By /s/ MICHAEL R. JOHNSON
                                  Michael R. Johnson, Attorneys for
                                  SILVER BUCKLE LOUNGE and ADOLFO
                                  MARTINEZ
```

### ORDER OF DISMISSAL

Because the parties have filed a properly signed Rule 41(a)(1)(A)(ii) notice of voluntary dismissal, the above-named defendants are hereby DISMISSED WITH PREJUDICE from this case.

IT IS SO ORDERED.

**Dated:   April 12, 2010**                   /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF OFFICER STEPHANIE WALTERS,
OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE,
OFFICER JASON CODY AND OFFICER JOHN PAUL HENDERSON
AND ORDER THEREON