Philip C. Bourdette #47492
Miriam Bourdette #151980
BOURDETTE & PARTNERS
2924 West Main St.
Visalia, CA 93291
(559) 625 - 8425
FAX (559) 625 – 8491

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD BRAY, RANDALL BRAY, AARON MARTIN<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LEMOORE, OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, OFFICER JOHN PAUL HENDERSON, OFFICER JASON CODY, HENRY CAMPOS, ZEKE GARCIA, T.J. HENDERSON, ALBERT GUZMAN, "JORGE" (Last name unknown,) LEO BROWN, LANCE BROWN, TERRY OLIVEIRA, ADOLFO'S SILVER BUCKLE LOUNGE, ADOLFO MARTINEZ,<br><br>　　　　Defendants. | Case #: 1:09-CV -00328 – AWI – SMS<br><br>REQUEST FOR DISMISSAL OF ZEKE GARCIA AND ALBERT GUZMAN |

　　Plaintiffs Richard Bray, Randall Bray, and Aaron Martin, by and through their attorney, Philip C. Bourdette, hereby request a dismissal with prejudice of defendants Zeke Garcia and Albert Guzman, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1).

Dated:  December 23, 2010　　　　BOURDETTE & PARTNERS

1

REQUEST FOR DISMISSAL OF ZEKE GARCIA  and ALBERT GUZMAN

By:___/s/ Philip C. Bourdette_____

Philip C. Bourdette, Attorneys for Plaintiffs

**ORDER OF DISMISSAL**

The plaintiffs having filed a properly signed Rule 41(a) (1) notice of voluntary dismissal, the above-named defendants are hereby DISMISSED WITH PREJUDICE from this case.

IT IS SO ORDERED.

Dated:   December 31, 2010             _____
                                       CHIEF UNITED STATES DISTRICT JUDGE