Philip C. Bourdette #47492
Miriam Bourdette #151980
BOURDETTE & PARTNERS
2924 West Main St.
Visalia, CA 93291
(559) 625 - 8425
FAX (559) 625 – 8491

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD BRAY, RANDALL BRAY, AARON MARTIN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LEMOORE, OFFICER STEPHANIE WALTERS, OFFICER CHENEY, OFFICER HIGGINS, OFFICER KEVIN HALE, OFFICER JOHN PAUL HENDERSON, OFFICER JASON CODY, HENRY CAMPOS, ZEKE GARCIA, T.J. HENDERSON, ALBERT GUZMAN, "JORGE" (Last name unknown,) LEO BROWN, LANCE BROWN, TERRY OLIVEIRA, ADOLFO'S SILVER BUCKLE LOUNGE, ADOLFO MARTINEZ,<br><br>　　　　Defendants. | Case #: 1:09-CV -00328 – AWI – SMS<br><br>REQUEST FOR DISMISSAL OF ENTIRE CASE |

　　　Plaintiffs Richard Bray, Randall Bray, and Aaron Martin, by and through their attorney, Philip C. Bourdette, hereby request a dismissal with prejudice of all defendants, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1). The case has been resolved as to all served defendants and Plaintiffs request the dismissal and closing of

REQUEST FOR DISMISSAL

1

of the case

Dated: January 4, 2011          BOURDETTE & PARTNERS


By:   /s/ Philip C. Bourdette
     Philip C. Bourdette, Attorneys for Plaintiffs

### ORDER OF DISMISSAL

The plaintiffs having filed a properly signed Rule 41(a) (1) notice of voluntary dismissal, the defendants are hereby DISMISSED WITH PREJUDICE from this case and the case is closed.

IT IS SO ORDERED.

Dated:   January 7, 2011          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE